**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 05-1081-001-PCT-FJM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Shaun Guy Hale, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

A pretrial revocation hearing on the petition on violation of release conditions was held on November 18, 2005.

**THE COURT FINDS** that the Defendant  knowingly, intelligently, and voluntarily waives his right to a revocation hearing pursuant to Title 18, U.S.C. § 3148.

**THE COURT FURTHER FINDS** that by clear and convincing evidence that the Defendant has violated the terms and conditions of his release as alleged in the November 9, 2005 petition.

**THE COURT FURTHER FINDS** that it is unlikely that with the Defendant's history that he would refrain from using alcohol as ordered or remain at a residential treatment facility in light of his absconding from Recovery Homes, Inc. on November 6, 2005

1     **IT IS ORDERED** that the Defendant shall  remain detained as a flight risk pending

2  further order of the Court.

3

4     DATED this 21 *st* day of November, 2005.

5

6

7                                    Lawrence O. Anderson
                                     United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28